# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2577 Disciplinary Docket No. 3 |
| | : | |
| JOHN KELVIN CONNER | : | Board File No. C2-19-128 |
| | : | |
| | : | (United States District Court for the |
| | : | Eastern District of Pennsylvania, No. 2:18- |
| | : | cr-00542) |
| | : | |
| | : | Attorney Registration No. 64371 |
| | : | |
| | : | (Montgomery County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of March, 2019, having received no response to a rule to show cause why John Kelvin Conner should not be placed on temporary suspension, the Rule is made absolute, and he is placed on temporary suspension. *See* Pa.R.D.E. 214(d)(2). He shall comply with all the provisions of Pa.R.D.E. 217.